IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| ALANA LEE VARNEY, | ) |
| | ) |
|    Plaintiff, | ) |
| | ) |
| v. | )   CIVIL CASE NO. 1:23-cv-646-ECM |
| | ) |
| THE CITY OF OZARK, *et al.*, | ) |
| | ) |
|    Defendants. | ) |

## FINAL JUDGMENT

In accordance with the memorandum opinion and order entered on this date, it is the ORDER, JUDGMENT, and DECREE of the Court that judgment is entered against the Plaintiff and in favor of the Defendants, and this case is DISMISSED with prejudice.

The Clerk of the Court is DIRECTED to enter this document on the civil docket as a Final Judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

DONE this 29th day of August, 2024.

       /s/ Emily C. Marks      
EMILY C. MARKS
CHIEF UNITED STATES DISTRICT JUDGE